In the Matter of the Arbitration of a Certain Controversy between E. GERLI & Co., INC., Appellant, and OSCAR HEINEMAN CORPORATION, Respondent, under a Certain Submission.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin and Sherman, JJ., dissent and vote to reverse orders, grant motion to confirm award and deny motion to vacate award.